**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOSE S. BACA,**
        **Plaintiff,**

**-vs-**                                    **Case No.  6:06-cv-1644-Orl-18UAM**

**ZEE AUTO CENTER, INC.,**
d/b/a Zee Auto Glass,
**IMRAN CHAUDHRY,**
        **Defendants.**

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**.  Therefore, Chaudrhy's motion to quash service of process is **GRANTED and** defendant Chaudhry is **DISMISSED** from this action..

It is **SO ORDERED** in Orlando, Florida, this 7th day of August, 2007.

Copies to:

Counsel of Record

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE